JUDGMENT

==========================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------

NO. 01-15239
CT/AG#: CV-99-00061-WDB

FILED ____ LODGED
RECEIVED ____ COPY
JAN - 7 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

FOREST GUARDIANS; WILDLIFE DAMAGE REVIEW; CARSON FOREST
WATCH; ANIMAL PROTECTION OF NEW MEXICO, INC.; OREGON NATURAL
DESERT ASSOCIATION; PREDATOR DEFENSE INSTITUTE; T&E INC.;
IDAHO WATERSHEDS PROJECT; COMMITTEE FOR IDAHO'S HIGH DESERT;
WILDERNESS WATCH; THE PREDATOR EDUCATION FUND; SINAPU;
ANIMAL PROTECTION INSTITUTE; FRIENDS OF NEVADA WILDERNESS;
HELLS CANYON PRESERVATION COUNCIL; GILA WATCH; JOHN HORNING;

      Plaintiffs - Appellants

ARIZONA, STATE OF

      Intervenor - Appellee

v.

ANIMAL & PLANT HEALTH INSPECTION SERVICE, an agency of the
United States Department of Agriculture; UNITED STATES
FOREST SERVICE, an agency of the United States Department of
Agriculture

      Defendants - Appellees

----------------------

    APPEAL FROM the United States District Court for the District of Arizona (Tucson).

    THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Arizona (Tucson) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered     October 31, 2002

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 24 2002

by  /s/
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
01-15239 Forest Guardians, et al v. Animal & Plant Healt, et al

| | |
|---|---|
| FOREST GUARDIANS<br>    Plaintiff - Appellant | Steven Sugarman<br>505-983-1700<br>[COR LD NTC ret]<br>618 Paseo de Peralta<br>Santa Fe, NM 87501 |
| WILDLIFE DAMAGE REVIEW<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| CARSON FOREST WATCH<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| ANIMAL PROTECTION OF NEW MEXICO, INC.<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| OREGON NATURAL DESERT ASSOCIATION<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| PREDATOR DEFENSE INSTITUTE<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| T&E INC.<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| IDAHO WATERSHEDS PROJECT<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| COMMITTEE FOR IDAHO'S HIGH DESERT<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| WILDERNESS WATCH<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| THE PREDATOR EDUCATION FUND<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| SINAPU<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| ANIMAL PROTECTION INSTITUTE<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |

```
INTERNAL USE ONLY: Proceedings include all events.
01-15239 Forest Guardians, et al v. Animal & Plant Healt, et al
```

| | |
|---|---|
| FRIENDS OF NEVADA WILDERNESS<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| HELLS CANYON PRESERVATION<br>COUNCIL<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| GILA WATCH<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| JOHN HORNING<br>    Plaintiff - Appellant | Steven Sugarman<br>(See above)<br>[COR LD NTC ret] |
| ARIZONA, STATE OF<br>    Intervenor - Appellee | Jay R. Adkins, AAG<br>602-542-5025<br>[COR LD NTC dag]<br>OFFICE OF THE ATTORNEY GENERAL<br>Civil Division<br>1275 West Washington<br>Phoenix, AZ 85007<br><br>Steven Zraick<br>602/542-1158<br>[COR LD NTC dag]<br>ATTORNEY GENERAL'S OFFICE<br>Criminal Appeals Section<br>1275 W. Washington<br>Phoenix, AZ 85007-2997 |
| v. | |
| ANIMAL & PLANT HEALTH<br>INSPECTION SERVICE, an agency<br>of the United States<br>Department of Agriculture<br>    Defendant - Appellee | Greer S. Goldman, Attorney<br>202/514-4786<br>[COR LD NTC gov]<br>Jeffrey C. Dobbins, Esq.<br>202/514-4358<br>[COR LD NTC gov]<br>Susan L. Pacholski<br>202/514-2496<br>[COR LD NTC gov]<br>U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources<br>Division<br>Appellate Section P.O. Box<br>23795<br>L'Enfant Plaza Station<br>Washington, DC 20026-3795<br><br>Andrew A. Smith, gov<br>303/312-7326 |

INTERNAL USE ONLY: Proceedings include all events.
01-15239 Forest Guardians, et al v. Animal & Plant Healt, et al

|  |  |
|---|---|
|  | Suite 945<br>[COR LD NTC aus]<br>Environmental Defense Section<br>U.S. Department of Justice<br>999 18th Street, Suite 945 NT<br>Denver, CO 80202<br><br>Monte C. Clausen, AUSA<br>FAX 520/620-7320<br>520/620-7300<br>Suite 4800<br>[COR LD NTC aus]<br>USTU - OFFICE OF THE U.S.<br>ATTORNEY<br>Evo A. DeConcini US Courthouse<br>405 W. Congress Street<br>Tucson, AZ 85701-5040 |
| UNITED STATES FOREST SERVICE,<br>an agency of the United States<br>Department of Agriculture<br>    Defendant - Appellee | Greer S. Goldman, Attorney<br>(See above)<br>[COR LD NTC gov]<br>Jeffrey C. Dobbins, Esq.<br>(See above)<br>[COR LD NTC gov]<br>Susan L. Pacholski<br>(See above)<br>[COR LD NTC gov]<br><br>Andrew A. Smith, gov<br>(See above)<br>[COR LD NTC aus]<br><br>Monte C. Clausen, AUSA<br>(See above)<br>[COR LD NTC aus] |